IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWANDA JONES, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No: 14-533 |
| ) | |
| LAW OFFICE OF DAVID SEAN DUFEK ) | |
| ) | |
| and ) | |
| ) | |
| CACH, LLC, ) | |
| ) | |
| Defendants ) | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant CACH, LLC ("CACH") hereby files this Notice of Removal pursuant to 28 U.S.C. § 1441 and § 1446, removing the above-captioned case to the United States District Court for the District of Columbia, and in support thereof respectfully shows the following:

**I.   STATEMENT OF GROUNDS FOR REMOVAL**

1. This suit was originally filed on February 28, 2014, in the Superior Court for the District of Columbia, Civil Action No. 2014 CA 001232 B captioned *Tawanda Jones v. Law Office of David Sean Dufek and CACH, LLC*. Defendant CACH was served on March 10, 2014, a date which is fewer than thirty days prior to the filing of this notice.

2. The state court action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because Plaintiff has sued Defendant pursuant to the provisions of the Fair Debt Collection Practices act, 15 U.S.C. § 1692, *e seq.*; therefore, the

Court has original federal question jurisdiction. *See* 15 U.S.C. § 1692k(d). Pursuant to 28 U.S.C. § 1367 the Court also has supplemental jurisdiction over Plaintiff's District of Columbia law claims.

## II.   PARTIES

3.   Plaintiff Tawanda Jones is a District resident who claims to be a consumer debtor.

4.   Defendant CACH, LLC is a Colorado limited liability company with a principal place of business at 4340 S. Monaco Street, 2nd Floor, Denver, Colorado 80237. Defendant Law Office of David Sean Dufek is a California sole proprietorship operated by David Sean Dufek. Mr. Dufek has consented in writing to this removal.

## III.   BACKGROUND

5.   Plaintiff alleges that Defendants violated District of Columbia and federal law by use of a collection letter that she asserts to be improper. Although it appears that a maximum of 46 people in the District of Columbia were sent that letter Plaintiff has brought this suit as a putative class action.

6.   Defendants deny Plaintiff's claims and assert that the letter at issue complied with all applicable laws.

## IV.   JURISDICTIONAL BASIS FOR REMOVAL

7.   Pursuant to 28 U.S.C. § 1331, federal district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

8.   As set forth above, Plaintiff has asserted a claim against Defendants under the FDCPA, a federal statute. Accordingly, this Court had jurisdiction over this action. 15 U.S.C. § 1692k(d) provides, in pertinent part:

> An action to enforce any liability created by this title [15 USCS §§ 1692 et seq.] may be brought in any appropriate United States district court without regard to the amount in controversy . . .

9. Attached hereto as <u>Exhibit A</u> is a true and correct copy of all process, pleadings, and papers filed and served in this action as of the date of filing this Notice of Removal.

10. Attached hereto as <u>Exhibit B</u> is a copy of the Notice of Removal filed with the Clerk of the Superior Court for the District of Columbia.

Dated: March 31, 2014

Respectfully submitted,

PERRY CHARNOFF PLLC

_/s/ Mikhael D. Charnoff_
Mikhael D. Charnoff (#476583)
Scott M. Perry (#459841)
2300 Wilson Boulevard, Suite 240
Arlington, VA 22201
P: 703-291-6650
F: 703-563-6692
scott@perrycharnoff.com
mike@perrycharnoff.com

*Counsel for Defendant CACH, LLC*

## CONSENT TO REMOVAL

I have received and reviewed the foregoing Notice to Removal and I consent to the removal of Civil Action No. 2014 CA 001232 B in the Superior Court for the District of Columbia, captioned Tawanda Jones v. Law Office of David Sean Dufek and CACH, LLC.

Law Office of David Sean Dufek

Date: 3/25, 2014        By: _____
                            David Sean Dufek, Owner

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2014, I caused a copy of the foregoing to be served electronically and by mail upon:

Radi Dennis
CONSUMER JUSTICE ESQ
P.O. Box 57417
Washington, DC 20037
rdennis@consumerjusticeesq.com
Telephone: (202) 579-1243
Facsimile: (202) 644-5228

Law Office of David Sean Dufek
2655 Camino Del Rio North
Suite 110
San Diego, CA 92108

PERRY CHARNOFF PLLC

/s/ Mikhael D. Charnoff
Mikhael D. Charnoff (#476583)
Scott M. Perry (#459841)
2300 Wilson Boulevard, Suite 240
Arlington, VA 22201
P: 703-291-6650
F: 703- 563-6692
scott@perrycharnoff.com
mike@perrycharnoff.com

*Counsel for Defendant CACH, LLC*