# Law Office of David Sean Dufek
Attorney at Law
2655 Camino Del Rio North Suite 110, San Diego, CA 92108

David Sean Dufek

Telephone: 866-367-0383
Fax: 619 299-1951

03/01/13

TAWANDA JONES
PO Box 3300
Washington, DC 20010

Creditor: CACH, LLC
Original Creditor: Bank of America, N.A.
Account:
Current Balance: $1,050.29

Dear TAWANDA JONES,

This office has been retained to collect the debt owed by you to CACH, LLC.

As of the date of this letter you owe the sum of $1,050.29. Because of interest, late charges and other charges that may vary from day to day the amount due on the day you pay may be greater.
You are hereby advised: Unless you, the consumer, notify this office within thirty days after receipt of this notice that you dispute the validity of this debt or any portion thereof, the debt will be assumed to be valid by this office. If you, the consumer, notify this office in writing within thirty days after receipt of this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within thirty days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please remit your payment to:   David Sean Dufek
2655 Camino Del Rio North, Suite 110
San Diego, CA 92108

If you would like to make a payment online, please visit our website: http://lawofficeofdavidseandufek.com
Please call our office. The toll free number is 866-367-0383.

Sincerely,

*(signature)*
Attorney David Sean Dufek

Please be advised that we are acting in our capacity as a debt collector and at this time, no attorney with our law firm has personally reviewed the particular circumstances of your account.
Be advised this is an attempt to collect a debt. Any information obtained will be used for that purpose.