UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWANDA JONES, <br><br> Plaintiff, <br><br> v. <br><br> LAW OFFICE OF DAVID SEAN DUFEK <br><br> and <br><br> CACH, LLC. <br><br> Defendants, | Civil Case No. 14-00533 (RJL) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Tawanda Jones, Plaintiff in this putative class action, on her own behalf and on behalf of all others similarly situated, on this 3rd day of February, 2015, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the following final orders of the Hon. Richard J. Leon, Judge of the United States District Court for the District of Columbia:

(1) Order dated January 5, 2015 and entered on January 6, 2015 (DKT No. 33, 32)

    (i) granting Defendant CACH, LLC's Motion to Dismiss on the Pleadings

(2) Order dated January 5, 2015 and entered on January 6, 2015 (DKT No. 33, 32)

    (i) denying Plaintiff's Motion for Class Certification

    (ii) dismissal prior to ruling on outstanding Motion for Attorney Fees relating to denial of protective order

To the extent that the Order entered on January 6, 2015 is construed to incorporate any other Orders entered prior to the January 6, 2015 judgment, such Orders are also appealed from.

DATE: February 3, 2015                           Respectfully Submitted;

CONSUMER JUSTICE ESQ

By: /s/RDennis
Radi Dennis (#473921)
Counsel for PLAINTIFF
Consumer Justice ESQ
P.O. Box 57417
Washington DC 20037
Telephone: (202) 579-1243
Facsimile: (202) 644-5228
rdennis@consumerjusticeesq.com

Serve:   Mikhael D. Charnoff
2300 Wilson Blvd, Suite 240
Arlington, VA 22201
*Attorney for Defendant*

Law Office of David Sean Dufek
4295 Gesner Street #3-C2
San Diego, CA 92117
*Defendant-Pro Se*